No. 1240, Misc.   BLACK *v.* UNITED STATES.   C. A. 9th Cir.   Certiorari denied.   Petitioner *pro se. Solicitor General Marshall* for the United States.

No. 1280, Misc.   LEYDE *v.* RHAY, PENITENTIARY SUPERINTENDENT.   Sup. Ct. Wash.   Certiorari denied.

No. 709, October Term, 1963.   GORSUCH ET AL. *v.* LANDOE, 376 U. S. 950, *sub nom.* GORSUCH ET AL. *v.* DE PINTO ET AL.; and

No. 887, Misc.   HACKETT *v.* UNITED STATES, 382 U. S. 1029.   Motions for leave to file petitions for rehearing denied.

No. 837.   BOWLING *v.* UNITED STATES, *ante,* p. 908;

No. 862.   KNOLL ET AL. *v.* KNOLL ET AL., *ante,* p. 909;

No. 926.   SALEMI *v.* DUFFY CONSTRUCTION CORP., *ante,* p. 927;

No. 525, Misc.   WRIGHT *v.* UNITED STATES, 382 U. S. 1015; and

No. 1133, Misc.   OPPENHEIMER *v.* CALIFORNIA, *ante,* p. 930.   Petitions for rehearing denied.